**Taylor BELL; Dora Bell, individually and as mother of Taylor Bell, Plaintiffs–Appellants**

v.

**ITAWAMBA COUNTY SCHOOL BOARD; Teresa McNeece, Superintendent of Education for Itawamba County, individually and in her official capacity; Trae Wiygul, Principal of Itawamba Agricultural High School, individually and in his official capacity, Defendants–Appellees.**

No. 12–60264.

United States Court of Appeals, Fifth Circuit.

Feb. 19, 2015.

Wilbur O. Colom, Scott Winston Colom, Attorneys, Colom Law Firm, L.L.C., Columbus, MS, for Plaintiffs–Appellants.

Benjamin Elmo Griffith, Griffith Law Firm, Oxford, MS, Michael Stephen Carr, Esq., Attorney, Griffith & Carr, Cleveland, MS, Michele H. Floyd, Fulton, MS, for Defendants–Appellees.

Scott L. Sternberg, Baldwin Haspel Burke & Mayer, L.L.C., New Orleans, LA, Allyson Newton Ho, Morgan, Lewis & Bockius, L.L.P., Dallas, TX, Jeffrey Carl Mateer, General Counsel, Hiram S. Sasser, Esq., Liberty Institute, Plano, TX, for amici curiae.

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.